1 Young Cho
Attorney at Law: 189870
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

5 Attorneys for Plaintiff
Lantuanette D. Franklin
6

7

8
**UNITED STATES DISTRICT COURT**
9
**CENTRAL DISTRICT OF CALIFORNIA**
10

11
| | |
|---|---|
| LANTUANETTE D. FRANKLIN, | Case No.: CV 11-9948 MRW |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

18

19   The above captioned matter is dismissed with prejudice, each party to bear

20 its own fees, costs, and expenses.

21   IT IS SO ORDERED.

22 DATE:   June12, 2012              /s/ Judge Wilner

23                                  _____
                                    THE HONORABLE MICHAEL R. WILNER
24                                  UNITED STATES MAGISTRATE JUDGE

25

26

-1-